## BURNEST FREENEY *v.* COMMISSIONER OF CORRECTION

The petitioner Burnest Freeney's petition for certification for appeal from the Appellate Court, 51 Conn. App. 378 (AC 17383), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided February 10, 1999

## BARBARA A. SCINTO ET AL. *v.* HOWARD B. SOSIN ET AL.

*J. Daniel Sagarin, David A. Slossberg* and *Wesley W. Horton*, in support of the petition.

*Louis R. Pepe* and *Richard F. Wareing*, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 392 (AC 17539), is denied.